# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DECOLA and PAMELA DECOLA, | } } } |
| Plaintiffs, | } } |
| v. | } Case No.: 2:14-cv-02400-MHH } |
| ADAMSON FORD, INC., ADAMSON FORD, LLC, and GLENN MARSHALL, | } } } } |
| Defendants. | } |

## ORDER

Plaintiffs Anthony Decola and Pamela Decola and defendants Adamson Ford, Inc., Adamson Ford, LLC, and Glenn Marshall have filed a joint stipulation of dismissal with prejudice. (Doc. 20).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this May 18, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE